**WILLKIE FARR & GALLAGHER LLP**
NICHOLAS REDDICK (SBN 288779)
nreddick@willkie.com
R. TILL HACKSTEIN (SBN 350956)
thackstein@willkie.com
IMAHN DAEENABI (SBN 363932)
idaeenabi@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Tel: (415) 858-7400

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

DRISCOLL'S, INC.,

Plaintiff,

v.

LOCALIZE LLC dba LOCALIZE – FARMERS MARKET, a Texas limited liability company, ZEPHYR MAX VAN OLPHEN ZOIDIS, an individual, and GRANT STOLL, an individual,

Defendants.

Case No. 3:26-cv-05568-CRB

**[~~PROPOSED~~] ORDER GRANTING PLAINTIFF DRISCOLL'S, INC.'S MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANTS' OBJECTIONS TO REPLY EVIDENCE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION (CIV. L.R. 7-3(D))**

Date: September 25, 2026
Time: 10:00 a.m.
Judge: Hon. Charles R. Breyer
Ctrm.: 6, 17th Floor
*Via Videoconference Only*

Complaint Filed: June 9, 2026
First Am. Complaint Filed: July 13, 2026

Having considered Plaintiff Driscoll's, Inc.'s Motion for Leave to File Response to Defendants' Objections to Reply Evidence in support of Motion for Preliminary Injunction (Civ. L.R. 7-3(d)) and all other supporting arguments and papers, and finding good cause appearing:

**IT IS HEREBY ORDERED:**

Plaintiff's Motion for Leave is **GRANTED**.

Plaintiff shall file the Response to Defendants' Evidentiary Objections to Reply in Support of Motion for Preliminary Injunction no later than one court day following the date of this Order.

**IT IS SO ORDERED.**

August 24, 2026

Hon. Charles R. Breyer
United States District Judge